F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 0 6 2011

GREGORY C. LANGHAM
CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01677-BNB
**(The above civil action number must appear on all future papers**
 **sent to the court in this action.  Failure to include this number**
 **may result in a delay in the consideration of your claims.)**

MICHAEL BRACKEEN,
ANDRES HOEPKER,
RANDOLPH SMITH, and
DAVID NAVARRO,

      Plaintiffs,

v.

TONY CAROCHI,
ARI ZAVARAS,
TERESA REYNOLDS,
JASON SANCHEZ,
BRIGHAM SLOAN,
JAN BRYANT,
STEVE BROWN, SR.,
MARLENE YBARRA,
JOSIE LOPEZ, and
M. MARTIN,

      Defendants.

---

## ORDER DIRECTING PLAINTIFFS TO CURE DEFICIENCIES

---

Plaintiffs have submitted a Complaint and a Motion for Appointment of Counsel.

Each Plaintiff also has submitted an individual Prisoner's Motion and Affidavit for Leave

to Proceed Pursuant to 28 U.S.C. § 1915.  As part of the court's review pursuant to

D.C.COLO.LCivR 8.2, the court has determined that the submitted documents are

deficient as described in this order.  Plaintiffs will be directed to cure the following if they

wish to pursue their claims.  Any papers which the Plaintiffs file in response to this order

must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)  __      is not submitted
(2)  __      is missing affidavit
(3)  xx      is missing certified copy of prisoner's trust fund statement for the 6-month
             period immediately preceding this filing: (Account statements submitted
             are not certified by an appropriate official of Plaintiffs' penal institution.)
(4)  __      is missing certificate showing current balance in prison account
(5)  __      is missing required financial information
(6)  __      is missing an original signature by the prisoner
(7)  __      is not on proper form (must use the court's current form)
(8)  __      names in caption do not match names in caption of complaint, petition or
             habeas application
(9)  __      An original and a copy have not been received by the court.
             Only an original has been received.
(10) xx      other: Account statements are necessary only if $350.00 filing fee is not
             paid in advance.

**Complaint, Petition or Application**:
(11) __      is not submitted
(12) xx      is not on proper form (must use the court's current form)
(13) __      is missing an original signature by the prisoner
(14) __      is missing page nos. ___
(15) __      uses et al. instead of listing all parties in caption
(16) __      An original and a copy have not been received by the court.  Only an
             original has been received.
(17) __      Sufficient copies to serve each defendant/respondent have not been
             received by the court.
(18) __      names in caption do not match names in text
(19) xx      other: Prisoner Complaint must be signed by each Plaintiff.

Accordingly, it is

ORDERED that the Plaintiffs cure the deficiencies designated above **within

thirty (30) days from the date of this order**.  Any papers which the Plaintiffs file in

response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiffs, together

with a copy of this order, two copies of the following form: Prisoner Complaint.  It is

2

FURTHER ORDERED that, if the Plaintiffs fail to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 6th day of July, 2011.

BY THE COURT:


*s/Craig B. Shaffer*
Craig B. Shaffer
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 11-cv-01677-BNB

Michael Brackeen
Prisoner No. 133300
Bent County Correctional Facility
11560 Road FF75
Las Animas, CO 81054

Andres Hoepker
Prisoner No. 108232
Bent County Correctional Facility
11560 Road FF75
Las Animas, CO 81054

Randolph Smith
Prisoner No. 62123
Bent County Correctional Facility
11560 Road FF75
Las Animas, CO 81054

David Navarro
Prisoner No. 81213
Bent County Correctional Facility
11560 Road FF75
Las Animas, CO 81054

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner Complaint form** to the above-named individuals on July 6, 2011.

GREGORY C. LANGHAM, CLERK

By:_____
                Deputy Clerk