IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01677-BNB

RANDOLPH SMITH,
MICHAEL BRACKEEN,
ANDRES HOEPKER, and
DAVID NAVARRO,

    Plaintiffs,

v.

STEVE BROWN, SR., (BCCF),
JAN BRYANT, (BCCF),
TONY CAROCHI, (CDOC),
TOM CLEMENTS, (CDOC),
MARSHALL GRIFFITH, (CDOC),
JOSIE LOPEZ, (BCCF),
MELINDA MARTIN, (BCCF),
LARRY REID, (CDOC),
TERESA REYNOLDS, (CDOC),
JASON SANCHEZ, (CDOC),
BRIGHAM SLOAN, (BCCF),
MARLENE YBARRA, (BCCF), and
ARI ZAVARAS, (CDOC),

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 19 2011

GREGORY C. LANGHAM
                  CLERK

---

ORDER DISMISSING PLAINTIFFS RANDOLPH SMITH AND DAVID NAVARRO

---

On September 12, 2011, Magistrate Judge Craig B. Shaffer entered an order granting Plaintiffs leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 in this action. Pursuant to § 1915(b)(1), Magistrate Judge Shaffer ordered each Plaintiff either to pay an initial partial filing fee or to show cause why he has no assets and no means by which to pay the designated initial partial filing fee. Plaintiffs were warned that any Plaintiff who failed either to pay the designated initial partial filing fee or to show

cause as directed why he was unable to pay the designated initial partial filing fee would be dismissed as a party to this action.

On September 19, 2011, each Plaintiff filed a document titled "General Affidavit" stating that each Plaintiff would pay one-fourth of the entire filing fee. On October 7, 2011, Plaintiff Andres Hoepker submitted a certified copy of his inmate trust fund account statement dated October 5, 2011, demonstrating that he is unable to pay the designated initial partial filing fee. On October 13, 2011, Plaintiff Michael Brackeen submitted a payment in the amount of the initial partial filing fee he was ordered to pay. Plaintiffs Randolph Smith and David Navarro have failed within the time allowed either to pay their designated initial partial filing fees or to show cause why they are unable to pay their designated initial partial filing fees. Therefore, Plaintiffs Randolph Smith and David Navarro will be dismissed as parties to this action. Accordingly, it is

ORDERED that Plaintiffs Randolph Smith and David Navarro are dismissed without prejudice as parties to this action pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because they failed to comply with a court order.

DATED at Denver, Colorado, this __19th__ day of ___October___, 2011.

BY THE COURT:

s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-01677-BNB

Michael Brackeen
Prisoner No. 133300
Bent County Correctional Facility
11560 Road FF75
Las Animas, CO 81054

Andres Hoepker
Prisoner No. 108232
Bent County Correctional Facility
11560 Road FF75
Las Animas, CO 81054

Randolph Smith
Prisoner No. 62123
Bent County Correctional Facility
11560 Road FF75
Las Animas, CO 81054

David Navarro
Prisoner No. 81213
Bent County Correctional Facility
11560 Road FF75
Las Animas, CO 81054

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on October 19, 2011.

GREGORY C. LANGHAM, CLERK

By:_____
       Deputy Clerk