**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-01677-BNB

MICHAEL BRACKEEN, and
ANDRES HOEPKER,

    Plaintiffs,

v.

STEVE BROWN, SR., (BCCF),
JAN BRYANT, (BCCF),
TONY CAROCHI, (CDOC),
TOM CLEMENTS, (CDOC),
MARSHALL GRIFFITH, (CDOC),
JOSIE LOPEZ, (BCCF),
MELINDA MARTIN, (BCCF),
LARRY REID, (CDOC),
TERESA REYNOLDS, (CDOC),
JASON SANCHEZ, (CDOC),
BRIGHAM SLOAN, (BCCF),
MARLENE YBARRA, (BCCF), and
ARI ZAVARAS, (CDOC),

    Defendants.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiffs' "Motion to Compel Defendants to Produce Documents and/or Information to Plaintiffs" (Doc. #36) and Plaintiffs' "Motion for Appointment of Counsel or Advisement by Counsel" (Doc. #38) are DENIED as premature. Plaintiffs' "Motion Requesting Courts to Return Past Complaints to Help Plaintiffs Prepare a Final Complaint to the Courts" (Doc. #37) is DENIED. Plaintiffs may obtain copies of filed documents from the clerk of the Court upon request and payment of any necessary fees. Plaintiffs' "Motion for an Extension to File Third Amended Complaint" (Doc. #39) is GRANTED. Plaintiffs shall have **thirty (30) days from the date of this minute order** to file a third amended complaint as directed.

Dated: November 28, 2011