IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01677-BNB

MICHAEL BRACKEEN,

    Plaintiff,

v.

STEVE BROWN, SR. (BCCF),
JAN BRYANT (BCCF),
TOM CLEMENTS (CDOC),
MARSHALL GRIFFITH (CDOC),
JOSIE LOPEZ (BCCF),
MELINDA MARTON (BCCF),
TERESA REYNOLDS (CDOC),
BRIGHAM SLOAN (BCCF),
MARLENE YBARRA (BCCF),
ARI ZAVARAS (CDOC),
STEVE BROWN, JR. (BCCF), and
JASON SANCHEZ (CDOC),

    Defendants.

ORDER DRAWING CASE

After review pursuant to D.C.COLO.LCivR 8.2C, the court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED January 10, 2012, at Denver, Colorado.

                                    BY THE COURT:

                                    _s/ Boyd N. Boland_____
                                    United States Magistrate Judge