IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–01677–RBJ–KMT

MICHAEL BRACKEEN,

      Plaintiff,

v.

STEVEN BROWN, SR (BCCF),
JAN BRYANT (BCCF),
TOM CLEMENTS (CDOC)
MARSHALL GRIFFITH (CDOC),
JOSIE LOPEZ (BCCF),
MELINDA MARTON (BCCF),
TERESA REYNOLDS (CDOC),
BRIGHAM SLOAN (BCCF),
MARLENE YBARRA, (BCCF),
ARI ZAVARAS (CDOC),
STEVE BROWN JR (BCCF), and
JASON SANCHEZ (CDOC),

      Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Motion for Defendants to Produce Plaintiff's Rehabilitative Goals and Address Them in an Amendment to Both Motions to Dismiss" (Doc. No. 69, filed May 16, 2012) is DENIED. Pursuant to Fed. R. Civ. P. 26(a)(1)(B)(iv), *pro se* actions brought by individuals in the custody of the United States, a state, or a state subdivision are a category of proceedings "exempt from initial disclosure." Fed. R. Civ. P. 26(a)(1)(B)(iv). Additionally, the local rules of this court provide that a scheduling order and orders for discovery are unnecessary in categories of proceedings listed in Fed. R. Civ. P. 26(a)(1)(B). D.C.COLO.LCivR 16.2.B.2. This court will determine at a later date when and if a scheduling conference will be set. However, the court declines to allow discovery prior to the entry of a scheduling order or discovery order.

Dated: May 18, 2012