IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–01677–RBJ–KMT

MICHAEL BRACKEEN,

    Plaintiff,

v.

STEVEN BROWN, SR (BCCF),
JAN BRYANT (BCCF),
TOM CLEMENTS (CDOC)
MARSHALL GRIFFITH (CDOC),
JOSIE LOPEZ (BCCF),
MELINDA MARTON (BCCF),
TERESA REYNOLDS (CDOC),
BRIGHAM SLOAN (BCCF),
MARLENE YBARRA, (BCCF),
ARI ZAVARAS (CDOC),
STEVE BROWN JR (BCCF), and
JASON SANCHEZ (CDOC),

    Defendants.

## ORDER SETTING PRELIMINARY SCHEDULING CONFERENCE

    The above captioned case has been referred to Magistrate Judge Kathleen M. Tafoya by District Judge R. Brooke Jackson, pursuant to the Order of Reference dated March 23, 2012. *See* 28 U.S.C. § 636(b)(1)(A) and (B) and Fed. R. Civ. P. 72(a) and (b).

    It is hereby **ORDERED** that a Preliminary Scheduling Conference is set for **January 30, 2013,** at **9:30 a.m.,** in Courtroom C-201, Second Floor, of the Byron Rogers U.S. Courthouse, 1929 Stout Street, Denver, Colorado.

    The parties need not comply with the requirements of Fed. R. Civ. P. 16 and D.C.COLO.LCivR 16.2. and 26.1.  The purpose of the initial conference is to consider the nature

and status of the case, the timing for filing of any motions, and what discovery, if any, will be needed.

      Plaintiff, or his/her case manager, shall arrange for his/her participation via telephone and shall call **(303) 335-2780** at the scheduled time.

      Dated this 8th day of January, 2013.

                                      **BY THE COURT:**

                                    Kathleen M. Tafoya
                                    United States Magistrate Judge