IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01677-RBJ-KMT

MICHAEL BRACKEEN,

    Plaintiff,

v.

STEVE BROWN, SR. (BCCF),
JAN BRYANT (BCCF),
MARSHALL GRIFFITH (CDOC),
JOSIE LOPEZ (BCCF),
MELINDA MARTON (BCCF),
TERESA REYNOLDS (CDOC),
BRIGHAM SLOAN (BCCF),
MARLENE YBARRA (BCCF),
STEVE BROWN, JR. (BCCF), and
JASON SANCHEZ (CDOC),

    Defendants.

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO CONDUCT DEPOSITION OF INCARCERATED INMATE PLAINTIFF PURUSUANT TO FED. R. CIV. P. 30(a)(2)(B)

THE COURT, having reviewed the Defendants' Unopposed Motion to Conduct Deposition of Incarcerated Inmate Plaintiff Michael Brackeen (Doc. No. 95, Filed May 18, 2013) Pursuant to Fed. R. Civ. P. 30(a)(2)(B), being fully advised in the premises, and for good cause shown;

2

DOES HEREBY **GRANT** the motion. Defendants may take Plaintiff's deposition with regards to this litigation.

DATED THIS 20th DAY OF MAY, 2013.

BY THE COURT:

_____
UNITED STATES DISTRICT COURT JUDGE