IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–01677–RM–KMT

MICHAEL BRACKEEN,

    Plaintiff,

v.

STEVEN BROWN, SR (BCCF),
JAN BRYANT (BCCF),
MARSHALL GRIFFITH (CDOC),
JOSIE LOPEZ (BCCF),
MELINDA MARTON (BCCF),
TERESA REYNOLDS (CDOC),
BRIGHAM SLOAN (BCCF),
MARLENE YBARRA, (BCCF),
STEVE BROWN JR (BCCF), and
JASON SANCHEZ (CDOC),

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Motion to Dismiss with Prejudice or to Halt Proceedings for 6 Months So Plaintiff Can Obtain Counsel" (Doc. No. 99, filed May 28, 2013) is DENIED.  As Plaintiff has previously been advised, imprisonment and limited knowledge of the law are not unique and do not constitute special circumstances requiring the appointment of counsel.  Moreover, the factual and legal issues in this case are not particularly complex, novel or difficult to analyze.  Finally, Plaintiff has demonstrated an ability to communicate the bases of his claims to the court in his complaint.  Given the liberal standards governing *pro se* litigants, it appears that Plaintiff can adequately present his case without the assistance of counsel.

To the extent Plaintiff wishes to dismiss his case, he must file a proper stipulation to dismiss his case, signed by all of the defendants, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated: May 29, 2013